SCHABER et al., Respondents, v. BALCOM, Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by John Schaber and others against Maggie W. Balcom. No opinion. Order modified by striking out therefrom provision for motion costs, and, as so modified, affirmed, without costs.

SCHARMAN v. SCHOELLE et al. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Julius Scharman against Frederick Schoelle and others. No opinion. Motion denied, with $10 costs. See· 48 N. Y. Supp. 306.

SCHNUR v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Samuel Schnur against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs.

SCRANTON, Respondent, v. CASTAGNETO, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Jane V. H. Scranton against Augustino· G. Castagneto. No opinion. Order affirmed, with $10 costs and disbursements.